IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV266 |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SHOW CAUSE |
| CHRISTOPHER WINKELMAN, | ) | |
| | ) | |
| Respondent. | ) | |

Upon the petition of the United States, and the declarations and summons attached thereto,

IT IS ORDERED:

1)  Respondent, Christopher Winkelman, shall appear before Cheryl R. Zwart, Magistrate Judge, United States District Court for the District of Nebraska, in Courtroom No. 2, 100 Centennial Mall North, Lincoln, Nebraska, at 1:30 p.m. on the 22nd day of October, 2010, to show cause why he should not be compelled to comply with the Internal Revenue Service summons served on December 7, 2009.

2)  A copy of this Order, together with the petition and Exhibits thereto, shall be personally served on Christopher Winkelman, by a United States Marshal within forty-five (45) days of the date of this Order.

3)  Within 5 days of service of copies of this Order, the petition and Exhibits thereto, respondent shall file and serve a written response to the petition. If respondent has any defenses to present or motions to make in opposition to the petition, such defenses or motions, if any, shall be made in writing and filed with the Court, and copies served on the United States Attorney at least five (5) business days prior to the date of the show cause hearing.

4)  Only those issues raised by motion or brought into controversy by the responsive pleading shall be considered by the Court and any uncontested allegations in the petition shall be deemed admitted.

5)  If respondent has no objection to compliance with the summons, respondent may, at least three (3) business days prior to the date of the show cause hearing, notify the clerk of this Court, in writing, with copies to the United States Attorney, of the fact that no response or appearance as ordered herein will be required.

Entered this 23rd day of August, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge